UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

Case No. 3:22-MJ- 2228

EDWARD KELLEY, and
AUSTIN CARTER

## MOTION TO SEAL

The United States of America, by and through the United States Attorney for the Eastern

District of Tennessee, moves to seal all documents related to the above-captioned case. The

United States submits that this matter is part of an ongoing investigation. The premature

disclosure of the contents of these documents may have a significant and negative impact on the

continuing investigation and may severely jeopardize its effectiveness.

Accordingly, the United States moves the court to seal the Arrest Warrants, Complaint,

Affidavit in Support of Criminal Complaint, this Motion to Seal, and Sealing Order in the above-

captioned case number for a period of 30 days, unless such period is shortened or lengthened by

further Order of the Court.

Respectfully submitted on December 15, 2022.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: _____

Casey T. Arrowood
Assistant United States Attorney
TN BPR No. 038225
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Casey.Arrowood2@usdoj.gov