IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
v.                                   )            No. 3:22-MJ-2228
                                     )
EDWARD KELLEY,                       )
                                     )
            Defendant.               )

## WAIVER OF DETENTION HEARING

The Government requests detention under the Bail Reform Act, 18 U.S.C. § 3142. Under the Bail Reform Act, I understand and acknowledge that I have a right to a hearing to determine whether any condition or combination of conditions will reasonably assure my appearance as required and the safety of any other person and the community.

I HEREBY WAIVE (choose one):

☐    my right to a detention hearing.

☐    my right to a detention hearing at this time, but I reserve the right to move for a detention hearing at a later date.

☒    my right to a detention hearing at this time, but I reserve the right to move for a detention hearing at a later date in the district where charges are pending.


_Edward RD Kelley_____  __12/16/22__
DEFENDANT                    Date

_____  __12/16/2022__
COUNSEL FOR DEFENDANT