AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee


FILED
DEC 19 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:22-MJ-2228 |
| Edward Kelley | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Edward Kelley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. §§ 371 (Conspiracy), 115 (Retaliating Against a Federal Official), 875(c) (Interstate Threats), and 373 (Solicitation to Commit a Crime of Violence)

Date: 12/15/2022

*Issuing officer's signature*

City and state: Knoxville, Tennessee

Hon. Jill E. McCook, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 15 Dec 2022, and the person was arrested on *(date)* 15 Dec 2022
at *(city and state)* Maryville, Tennessee.

Date: 16 Dec 2022

*Arresting officer's signature*

Special Agent Anthony Aisney
*Printed name and title*